UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: DOYLE, JAMES                                  §   Case No. 08-21303-JS
                                                     §
                                                     §
                                                     §
Debtor(s)                                            §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    Clerk of U.S. Bankruptcy Court
    219 S. Dearborn Street
    Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 04/16/2010 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed:  01/11/2010            By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                        Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: DOYLE, JAMES | § | Case No. 08-21303-JS |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 225,003.23 |
| *and approved disbursements of* | $ 204,003.43 |
| *leaving a balance on hand of* [1] | $ 20,999.80 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*
                            N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | DAVID GROCHOCINSKI, TRUSTEE | $ 12,000.00 | $ 100.00 |
| *Attorney for trustee* | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | $ 4,875.00 | $ 63.70 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | $ 1,417.50 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* _____ | $_____ | $_____ |
| *Attorney for* _____ | $_____ | $_____ |
| *Accountant for* _____ | $_____ | $_____ |
| *Appraiser for* _____ | $_____ | $_____ |
| *Other* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                                         *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,095.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.4 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                                         *Allowed Amt. of Claim*   *Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 001 | MKM ACQUISITIONS LLC | $ 5,604.64 | $ 1,760.89 |
| 002 | AMERICAN EXPRESS CENTURION BANK | $ 1,100.71 | $ 345.83 |
| 005 | ROUNDUP FUNDING LLC | $ 471.90 | $ 148.26 |
| 006 | PRA RECEIVABLES MGMT LLC AS AGENT FOR PORTFOLIO RECOVERY | $ 918.63 | $ 288.62 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                              Allowed Amt. of Claim   Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                              Allowed Amt. of Claim   Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL 60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: driddick              Page 1 of 1                  Date Rcvd: Mar 19, 2010
Case: 08-21303                Form ID: pdf006             Total Noticed: 20

The following entities were noticed by first class mail on Mar 21, 2010.
db           +James P Doyle,    910 63rd St.,    Downers Grove, IL 60516-1959
aty          +Anna Stanley,    Leeders & Associates,     20 E. Jackson Blvd. Ste. 850,    Chicago, IL 60604-2293
aty          +Julie H Trepeck,    The Law Offices of Ernesto D Borges Jr P,     105 W Madison 23rd Floor,
               Chicago, IL 60602-4647
aty          +Michael A Phelps,    Grochocinski, Grochocinski & Lloyd, Ltd.,     1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Terrance S Leeders,    Leeders & Associates, Ltd,    20 E  Jackson Blvd,    Suite 850,
               Chicago, IL 60604-2293
tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,     1900 Ravinia Place,
               Orland Park, IL 60462-3760
12514099     +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
12641611      American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12514100     +Cach Llc,    Attention: Bankruptcy Department,    4340 South Monaco St. 2nd Floor,
               Denver, CO 80237-3408
12514101     +Chase- BP,    Attention: Banktruptcy Department,     Po Box 100018,    Kennesaw, GA 30156-9204
12514102     +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12514103     +DuPage County Collector,    P.O. Box 787,    Wheaton, IL 60187-0787
13043021     +DuPage County Collector,    421 N County Farm Road,    Wheaton, IL 60187-3992
12633202      MKM ACQUISITIONS LLC,    ASSG OF CHASE MANHATTAN BANK USA,    MASTERCARD POB 9010,
               WOODBURY NEW YORK 11797-9010
12514104     +Pierce & Associates,    One North Dearborn,    Suite 1300,    Chicago, IL 60602-4373
12863903     +Pra Receivables Management, Llc,     As Agent Of Portfolio Recovery Assocs.,    c/o Bank Of America,
               POB 41067,    NORFOLK VA 23541-1067
12514105      Shell Card,    P.O. Box 183018,    Columbus, OH 43218-3018
12690675      Wachovia Morgage,    P.O. Box 659558,    San Antonio,TX 78265-9558,    Attn;Bankruptcy Department
12514106     +World Savings & Loan,    4101 Wiseman Blvd,    Attn: Bankruptcy,    San Antonio, TX 78251-4201
The following entities were noticed by electronic transmission on Mar 19, 2010.
12759161      E-mail/PDF: BNCEmails@blinellc.com Mar 19 2010 23:08:41      Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 21, 2010**          **Signature:** *Joseph Speetjens*