**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: DOYLE, JAMES　　　　　　　　　　　　§　Case No. 08-21303-JS
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　DAVID GROCHOCINSKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $0.00　　　　　　　　　　Assets Exempt:  $18,826.00

Total Distribution to Claimants: $162,891.44　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment:  $5,550.92

Total Expenses of Administration:  $47,113.15

---

　　　3)  Total gross receipts of $   225,004.59  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   15,000.00   (see **Exhibit 2**), yielded net receipts of $210,004.59 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $309,515.64 | $160,346.48 | $160,346.48 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 48,863.27 | 47,113.15 | 47,113.15 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 8,095.88 | 8,095.88 | 2,544.96 |
| **TOTAL DISBURSEMENTS** | $0.00 | $366,474.79 | $215,555.51 | $210,004.59 |

    4) This case was originally filed under Chapter 7 on March 20, 2009.
. The case was pending for 14 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/09/2010         By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 910 63RD STREET, DOWNERS GROVE, IL | 1110-000 | 225,000.00 |
| Interest Income | 1270-000 | 4.59 |
| **TOTAL GROSS RECEIPTS** | | **$225,004.59** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JAMES DOYLE | EXEMPTION | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WACHOVIA MORTGAGE | 4110-000 | N/A | 117,045.51 | 0.00 | 0.00 |
| WACHOVIA MORTGAGE | 4110-000 | N/A | 32,123.65 | 0.00 | 0.00 |
| WACHOVIA BANK | 4110-000 | N/A | 126,018.75 | 126,018.75 | 126,018.75 |
| WACHOVIA BANK | 4110-000 | N/A | 34,327.73 | 34,327.73 | 34,327.73 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$309,515.64** | **$160,346.48** | **$160,346.48** |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3110-000 | N/A | 4,875.00 | 4,875.00 | 4,875.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3120-000 | N/A | 63.70 | 63.70 | 63.70 |
| DAVID GROCHOCINSKI, TRUSTEE | 2100-000 | N/A | 13,750.12 | 12,000.00 | 12,000.00 |
| DAVID GROCHOCINSKI, TRUSTEE | 2200-000 | N/A | 100.00 | 100.00 | 100.00 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 3410-000 | N/A | 1,417.50 | 1,417.50 | 1,417.50 |
| DUPAGE COUNTY TREASURER | 2820-000 | N/A | 3,546.54 | 3,546.54 | 3,546.54 |
| CENTRY 21 PRO TEAM | 3510-000 | N/A | 5,775.00 | 5,775.00 | 5,775.00 |
| BRUSH HILL REALTORS | 3510-000 | N/A | 5,475.00 | 5,475.00 | 5,475.00 |
| CHICAGO TITLE | 2500-000 | N/A | 1,310.00 | 1,310.00 | 1,310.00 |
| CHICAGO TITLE | 2500-000 | N/A | 150.00 | 150.00 | 150.00 |
| ASSOCIATED SURVEY | 2500-000 | N/A | 385.00 | 385.00 | 385.00 |
| RUSSELL & ABRAHAM | 2500-000 | N/A | 250.00 | 250.00 | 250.00 |
| KIM KIRTZ PRINCE | 2820-000 | N/A | 2,271.94 | 2,271.94 | 2,271.94 |
| DUPAGE COUNTY COLLECTOR | 2820-000 | N/A | 4,827.63 | 4,827.63 | 4,827.63 |
| DUPAGE COUNTY COLLECTOR | 2820-000 | N/A | 4,310.91 | 4,310.91 | 4,310.91 |
| DUPAGE COUNTY TREASURER | 2820-000 | N/A | 112.50 | 112.50 | 112.50 |
| CHICAGO TITLE & TRUST CO | 2820-000 | N/A | 225.00 | 225.00 | 225.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 17.43 | 17.43 | 17.43 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 48,863.27 | 47,113.15 | 47,113.15 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MKM ACQUISITIONS LLC | 7100-000 | N/A | 5,604.64 | 5,604.64 | 1,761.84 |
| AMERICAN EXPRESS CENTURION BANK | 7100-000 | N/A | 1,100.71 | 1,100.71 | 346.01 |
| ROUNDUP FUNDING LLC | 7100-000 | N/A | 471.90 | 471.90 | 148.34 |
| PRA RECEIVABLES MGMT LLC AS AGENT FOR PORTFOLIO RECOVERY | 7100-000 | N/A | 918.63 | 918.63 | 288.77 |
| TOTAL GENERAL UNSECURED CLAIMS | | 0.00 | 8,095.88 | 8,095.88 | 2,544.96 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-21303-JS  **Trustee:** (520067)  DAVID GROCHOCINSKI, TRUSTEE
**Case Name:** DOYLE, JAMES  **Filed (f) or Converted (c):** 03/20/09 (c)
  **§341(a) Meeting Date:** 04/21/09
**Period Ending:** 06/09/10  **Claims Bar Date:** 11/09/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 910 63RD STREET, DOWNERS GROVE, IL | 280,000.00 | 143,939.00 | | 225,000.00 | FA |
| 2 | CHECKING ACCOUNT | 2,226.00 | 0.00 | | 0.00 | FA |
| 3 | MISC HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | BOOKS, ETC. | 100.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 4.59 | Unknown |
| 6 | Assets    Totals (Excluding unknown values) | **$283,826.00** | **$143,939.00** | | **$225,004.59** | **$0.00** |

**Major Activities Affecting Case Closing:**

SALE OF HOUSE COMPLETED; CLAIM REVIEW PENDING

**Initial Projected Date Of Final Report (TFR):**   December 30, 2010      **Current Projected Date Of Final Report (TFR):**   December 30, 2010

Printed: 06/09/2010 11:07 AM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-21303-JS  
**Case Name:** DOYLE, JAMES  
**Taxpayer ID #:** **-***4079  
**Period Ending:** 06/09/10

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****15-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/09 | | CHICAGO TITLE & TRUST CO | SALE OF REAL ESTATE | | 21,014.00 | | 21,014.00 |
| | {1} | | 225,000.00 | 1110-000 | | | 21,014.00 |
| | | WACHOVIA BANK | FIRST MORTGAGE PAYOFF  -126,018.75 | 4110-000 | | | 21,014.00 |
| | | WACHOVIA BANK | SECOND MORTGAGE PAYOFF  -34,327.73 | 4110-000 | | | 21,014.00 |
| | | DUPAGE COUNTY TREASURER | 2009 REAL ESTATE TAXES  -3,546.54 | 2820-000 | | | 21,014.00 |
| | | CENTRY 21 PRO TEAM | COMMISSION  -5,775.00 | 3510-000 | | | 21,014.00 |
| | | BRUSH HILL REALTORS | COMMISSION  -5,475.00 | 3510-000 | | | 21,014.00 |
| | | CHICAGO TITLE | TITLE INSURANCE  -1,310.00 | 2500-000 | | | 21,014.00 |
| | | CHICAGO TITLE | OVERNIGHT FEE/TAX PAYMENT FEE  -150.00 | 2500-000 | | | 21,014.00 |
| | | ASSOCIATED SURVEY | SURVEY  -385.00 | 2500-000 | | | 21,014.00 |
| | | RUSSELL & ABRAHAM | WELL & SEPTIC INSPECTION  -250.00 | 2500-000 | | | 21,014.00 |
| | | JAMES DOYLE | EXEMPTION  -15,000.00 | 8100-002 | | | 21,014.00 |
| | | KIM KIRTZ PRINCE | 2006 TAX REDEMPTION  -2,271.94 | 2820-000 | | | 21,014.00 |
| | | DUPAGE COUNTY COLLECTOR | 2007 TAXES  -4,827.63 | 2820-000 | | | 21,014.00 |
| | | DUPAGE COUNTY COLLECTOR | 2008 TAXES  -4,310.91 | 2820-000 | | | 21,014.00 |
| | | DUPAGE COUNTY TREASURER | COUNTY STAMPS  -112.50 | 2820-000 | | | 21,014.00 |
| | | | STATE STAMPS  -225.00 | 2820-000 | | | 21,014.00 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.74 | | 21,014.74 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.88 | | 21,015.62 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.82 | | 21,016.44 |
| 02/05/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #08-21303, BOND#016026455 | 2300-000 | | 17.43 | 20,999.01 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.79 | | 20,999.80 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | | 1270-000 | 0.94 | | 21,000.74 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.14 | | 21,000.88 |
| 04/06/10 | | Wire out to BNYM account 9200******1565 | Wire out to BNYM account 9200******1565 | 9999-000 | -21,000.88 | | 0.00 |

Subtotals :  $17.43    $17.43

{} Asset reference(s)  
Printed: 06/09/2010 11:07 AM    V.12.08

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-21303-JS  
**Case Name:** DOYLE, JAMES  

**Taxpayer ID #:** **-***4079  
**Period Ending:** 06/09/10  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****15-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 17.43 | 17.43 | $0.00 |
| | | | Less: Bank Transfers | | -21,000.88 | 0.00 | |
| | | | **Subtotal** | | 21,018.31 | 17.43 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,018.31** | **$-14,982.57** | |

{} Asset reference(s)

Printed: 06/09/2010 11:07 AM    V.12.08

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-21303-JS  
**Case Name:** DOYLE, JAMES  

**Taxpayer ID #:** **-***4079  
**Period Ending:** 06/09/10

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****15-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 06/09/2010 11:07 AM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 08-21303-JS  
**Case Name:** DOYLE, JAMES  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******15-65 - Money Market Account  

**Taxpayer ID #:** **-***4079  
**Period Ending:** 06/09/10  

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1565 | Wire in from JPMorgan Chase Bank, N.A. account ********1565 | 9999-000 | 21,000.88 | | 21,000.88 |
| 04/16/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0500% | 1270-000 | 0.28 | | 21,001.16 |
| 04/16/10 | | To Account #9200******1566 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 21,001.16 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **21,001.16** | **21,001.16** | **$0.00** |
| | | | Less: Bank Transfers | | 21,000.88 | 21,001.16 | |
| | | | **Subtotal** | | **0.28** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.28** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 08-21303-JS | | **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| **Case Name:** | DOYLE, JAMES | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******15-66 - Checking Account |
| **Taxpayer ID #:** | **-***4079 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 06/09/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/16/10 | | From Account #9200******1565 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 21,001.16 | | 21,001.16 |
| 04/16/10 | 10101 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $4,875.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,875.00 | 16,126.16 |
| 04/16/10 | 10102 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $63.70, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 63.70 | 16,062.46 |
| 04/16/10 | 10103 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $12,000.00, Trustee Compensation; Reference: | 2100-000 | | 12,000.00 | 4,062.46 |
| 04/16/10 | 10104 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $100.00, Trustee Expenses; Reference: | 2200-000 | | 100.00 | 3,962.46 |
| 04/16/10 | 10105 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $1,417.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,417.50 | 2,544.96 |
| 04/16/10 | 10106 | MKM ACQUISITIONS LLC | Dividend paid 31.43% on $5,604.64; Claim# 001; Filed: $5,604.64; Reference: | 7100-000 | | 1,761.84 | 783.12 |
| 04/16/10 | 10107 | AMERICAN EXPRESS CENTURION BANK | Dividend paid 31.43% on $1,100.71; Claim# 002; Filed: $1,100.71; Reference: | 7100-000 | | 346.01 | 437.11 |
| 04/16/10 | 10108 | ROUNDUP FUNDING LLC | Dividend paid 31.43% on $471.90; Claim# 005; Filed: $471.90; Reference: | 7100-000 | | 148.34 | 288.77 |
| 04/16/10 | 10109 | PRA RECEIVABLES MGMT LLC AS AGENT FOR PORTFOLIO RECOVERY | Dividend paid 31.43% on $918.63; Claim# 006; Filed: $918.63; Reference: | 7100-000 | | 288.77 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 21,001.16 | 21,001.16 | $0.00 |
| | | | Less: Bank Transfers | | 21,001.16 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 21,001.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$21,001.16** | |

| | |
|---|---|
| Net Receipts : | 21,018.59 |
| Plus Gross Adjustments : | 203,986.00 |
| Less Payments to Debtor : | 15,000.00 |
| Net Estate : | $210,004.59 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****15-65** | 21,018.31 | -14,982.57 | 0.00 |
| **Checking # ***-*****15-66** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******15-65** | 0.28 | 0.00 | 0.00 |
| **Checking # 9200-******15-66** | 0.00 | 21,001.16 | 0.00 |
| | **$21,018.59** | **$21,018.59** | **$0.00** |

{} Asset reference(s)            Printed: 06/09/2010 11:07 AM    V.12.08